186 So. 923

**Arlister ROWELL v. STATE.**

8 Div. 683.

Court of Appeals of Alabama.

Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

180 So. 901

**Leroy ROYAL (alias Royals), Jr., v. STATE.**

4 Div. 345.

Court of Appeals of Alabama.

April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed by appellant.

177 So. 925

**James Edward ROYCROFT v. STATE.**

6 Div. 235.

Court of Appeals of Alabama.

Dec. 7, 1937.

SAMFORD, Judge.

Affirmed.

188 So. 926

**Bud RUSHEN (alias Rushin, alias Rushing) v. STATE.**

5 Div. 82.

Court of Appeals of Alabama.

April 18, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

176 So. 925

**Homer SANDERSON v. STATE.**

8 Div. 467.

Court of Appeals of Alabama.

June 15, 1937.

Rehearing Denied June 29, 1937.

Murphy & Pounders, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

188 So. 926

**Smith SANKS v. STATE.**

4 Div. 479.

Court of Appeals of Alabama.

April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.